✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**ERIC DWAYNE FREEMAN**

Crim. No.   7:20-CR-00025-001

Eric Dwayne Freeman is in compliance with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in needed of supervision. It is accordingly recommended that Freeman be discharged from supervision.

Respectfully submitted,

*LaQuesha Balkcom*

LaQuesha D. Balkcom
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    27th    day of    September   , 2023.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE